**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

-     Plaintiff,                                             Case No. 06-12095

vs.                                                    Honorable: Robert Cleland

ANTHEAUS LIGE,                     Claim Number: 1998A13566
SS# XXX-XX-4764
     Defendant,
_____/

## ORDER RELEASING WAGE ASSIGNMENT

Upon the reading and filing of the above Petition, that the **COMCAST** is hereby released from any liability under said **WAGE ASSIGNMENT** and any funds should be restored to the principal defendant upon receipt of this document.


                                                      S/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE


Dated: December 27, 2007


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 27, 2007, by electronic and/or ordinary mail.


                                                      S/Lisa Wagner
                                                      Case Manager and Deputy Clerk
                                                      (313) 234-5522


                                                      _____